PAUPER'S OATH

CAUSE No. 01-14-00429-CV

IN THE COURT OF APPEALS

FIRST DISTRICT OF TEXAS

IN HOUSTON

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 29 2014

CHRISTOPHER A. PRINE

CLERK _____

STATE OF MISSOURI
COUNTY OF Taney

## AFFIDAVIT OF MOTION REINSTATE CASE

BEFORE ME The undersigned authority on this day personally appeared Reynaldo Gonzalez Morales who being by me duly sworn on oath state.

TO THE HONORABLE COURT:

I'm requesting that the MOTION FOR NEW TRIAL the statement made in this affidavit, are true and correct.

SUSCRIBED AND SWORN TO BEFORE ME Reynaldo Gonzalez Morales on this 31st day of October 20 14

Notary Public State of Missouri

Shirley L Powell
PRINTED NAME

My Commision Expires.
January 27 2018

SHIRLEY L. POWELL
Notary Public - State of Missouri
My Commission Expires January 27, 2018
Taney County
Commission #14868863

| | |
|---|---|
| REYNALDO MORALES. | IN THE COURT OF APPEALS |
| Appellant, | |
| | |
| vs. | |
| | FIRST DISTRICT OF TEXAS |
| TRAVELERS INDEMNITY CO. OF | |
| CONNECTICUT, | AT HOUSTON |
| Appellee, | |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Reynaldo Morales the Appellant in the above, entitled and numbered cause, and files this Motion to Reinstate of Case and would respectfully show the Court the following;

## BACKGROUND

This is a workers compensation case. Plaintiff sustained an injury of my employment on March 17, 2000. I was assigned claim number 00166 571 by the division of Workers Compensation. A dispute arose between Plaintiff and Defendant about the extent of Plaintiffs compensable injury. A hearing was held before the Division of Workers Compensation on December 10th, 2008, to determine whether Plaintiffs compensable injury of March 17 2000, included cervical and lumbar radiculopathy, herniated discs at C4-5 and C5-6, herniated discs at L4-5 and L5-S1 and instability of lumbar spine. The hearing officer issued a written decision for its Appeal.

The hearing officer ruled that Plaintiffs compensable injury of March 17 2000 did not include cervical and lumbar radilucopathy, herniated discs at C4-5, C5-6 and L4-5, L5-S1, and instability of lumbar spine, the

Reazon of this decision was ,because never were presented and disscused all the proofs of this damages in front of the hearing officer.

Plaintiff originally filed suit on September 11, 2009 and it was assigned cause number DC-09-12253-B.The case was set in the 44th-Judicial District Court of Dallas County. Following a hearing on Defendants motion,Judge Carlos Cortes entered judgment.

On April 5th 2010 Judge Carlos Cortes signed the judgment and the same time LOCKED the petition of the Defendant.

And the Judge Carlos Cortes gave an opportunity to show up at court on September 7th 2010,. The Plaintiff never showed up at court the Plaintiff he had not plenty money for his bus ticket and the case was Dismissed for want of Prosecution.

On December 20th 2010 the plaintiffs case was sent by mistake to 192th Judicial District Court with Judge Craig Smith following a hearing on Defendants Motion Judge Craig Smith entered judgment in favor of Defendant on May 9th 2011. The Plaintiff filed a motion to reinstate of Case and the case was sent back to the 44th Judicial Court with Judge Carlos Cortes.

WHERE, PREMISES CONSIDERED, APPELLANT Reynaldo Morales PRAYS to the Court granst this MOTION REINSTATE OF CASE, and order that the APPELLANT takes the benefits he deserves by law of this Law-Suit and the same time a final Hearing.

VERY TRULY YOURS

REYNALDO MORALES

2 OF 3

## CERTIFICATE OF SERVICE

This is to certify that I have forwarded a true and correct copy of the foregoin instrument, APPELLANTS MOTION TO REINSTATE OF CASE on this day of _26th of December 2014_ as follows;

BY CERTIFIED MAIL.

REYNALDO MORALES

CERTIFICATE OF CONFERENCE.


FOR MOTION TO REINSTATE CASE.

| | |
|---|---|
| REYNALDO MORALES.<br>Appellant,<br><br>vs.<br><br>TRAVELERS INDEMNITY CO. OF<br><br>CONNECTICUT,<br>Appellee, | IN THE COURT OF APPEALS<br><br><br>FIRST DISTRICT OF TEXAS<br><br><br>AT HOUSTON |

## CERTIFICATE OF CONFERENCE FOR MOTION TO REINSTATE CASE FOR NEW TRIAL

TO THE HONORABLES JUDGES OF SAID COURT:

Comes now Reynaldo Morales, in the above and numbered cause, and files this Certificate of Conference for Motion to Reinstate Case for New Trial, and respectfully show to the Court the following:

## BACKGROUND

ON September 11th 2009, The Plaintiff filed a Law-Suit and it was assigned cause-No. DC-o9-12253-B, the Case was set in the 44th Judicial DC of Dallas County.

Following a hearing on Defendants Motion, Judge Carlos Cortez entered judgment ON April 5th 2010 Judge CARLOS Cortez signed the judgment. After that the Plaintiff filed a MOTION TO REINSTATE OF CASE and it was MOTION FOR NEW TRIAL on February 27th 2012, and the MOTION was DENIED. ON February 7th 2013 PLAINTIFF filed in an Original Petition, Cause No DC-1300-310 in the 101th Judicial District Court, in Dallas County Texas, on May 10th 2013, the Court grants Defendants Motion for Summary Judgment, by a, SUBMISSION JUDGMENT SIGNED BY JUDGE MARTIN LOWY FROM THE 101st JUDICIAL DISTRICT-COURT OF DALLAS COUNTY TEXAS. (See the Legal pages Attached).

## REASON FOR MOTION

This LAW-SUIT BELONGS TO THE CAUSE No.DC-09-12253-B in the 44th Judicial District Court of Dallas County, Texas, with Judge Carlos Cortez. there was     another change to do something, it was on 101st Judicial District,- Court in Dallas County with Judge MARTIN LOWY CAUSE No. DC-13-00310.

I DISAGREE with the process during those four years I had been at District- Court. The Statute of Limitations Period has EXPIRED.

TO THE HONORABLE FIRST COURT OF APPEALS, THE Appellant Reynaldo Morales, PRAYS TO be Granted with this MOTION for NEW TRIAL it is PENDING ON the CAUSE - No. DC-09-12253-B and it was Motion to Reintate   . Case for New Trial and was DENIED on February 27th 2012 by Judge Carlos Cortez in the 44th District- Court of Dallas County Texas.

WHEREFORE, PREMISES CONSIDERED, The Appellant REYNALDO MORALES PRAYS to the HONORABLE FIRST COURT OF APPEALS grants an opportunity, to show up at court, and Appellant takes everything by the way of this DISPOSITION OR LAW-SUIT.

## CERTIFICATE OF SERVICE

This is that, on this day of DECEMBER 26th 2014, I forwarded a tru and correct- copy of the foregoing letter, with the proposed Appellants cCertificate of cConferen- ce for Motion to Reinstate Case for New Trial.

RESPECTFULLY SUBMITTED.

REYNALDO MORALES

FEBRUARY 7TH, 2012.

Clerk of the court

44th Judcial District

600 Commerce St

Dallas, TX 75202

Re; Cause No DC-09- 12253-B

Reynaldo Morales v. Travelers Indemnity of Connecticut

In the 44th-B Judicial Court of Dallas County, Texas

Dear Sr. Christopher R. Lowe;

This letter serves as notification that Plaintiffs
Motion to reinstate Case in the above-referenced case
has been ordered set for hearing on February 27th 2012
at 10;30 am. in the 44th Judicial Court of Dallas County
located at 600 Commerce St Dallas TX 75202

VERY TRULY YOURS,

*Reynaldo Morales*

VIA CERTIFIED MAILRRR# 7011-0110-0002-2549-8270

DAVID KLOSTERBOER AND ASSOCIATES.

1301E. COLLINS BLVD, SUITE 490

RICHARDSON , TEXAS 75081.

1 of 6

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▪ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ▪ Print your name and address on the reverse so that we can return the card to you. ▪ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _JK OBm_ ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to: DAVID KLOSTERBOER AND ASSOCIATES. 1301E. COLLINS BLVD #490 RICHARDSON Texas 75081 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| | 3. Service Type ☑ Certified Mail    ☐ Express Mail ☐ Registered    ☐ Return Receipt for Merchandise ☐ Insured Mail    ☐ C.O.D. |
| 2. Article Number (Transfer from service label) 7011 0110 0002 2549 8270 | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

448E 000349

CAUSE NO. DC-13-00310

| | | |
|---|---|---|
| REYNALDO MORALES, PLAINTIFF, | § § § | IN THE DISTRICT COURT |
| VS. | § § | 101ST JUDICIAL DISTRICT |
| TRAVELERS INDEMNITY CO. OF CONNECTICUT, DEFENDANT. | § § § § | DALLAS COUNTY, TEXAS |

## *by submission* JUDGMENT

A hearing/was held on the 10ᵗʰ day of __May__, 2013, to consider Defendant's Motion for Summary Judgment. ~~Defendant appeared by and through its attorney of record, Christopher R. Lowe. Plaintiff, pro se, also appeared.~~ Having considered Defendant's Motion, Plaintiff's Response, and the pleadings on file in this matter, the Court finds the motion to be meritorious. The court grants Defendant's Motion for Summary Judgment.

The court therefore enters judgment as follows:

It is hereby ORDERED, ADJUDGED, AND DECREED, that Plaintiff take nothing by way of this suit;

IT IS FURTHER ORDERED that all taxable court costs are taxed against Plaintiff.

All relief not otherwise granted is denied.

Signed this 10ᵗʰ day of __May__, 2013.

_____
JUDGE PRESIDING

JUDGMENT                                                                     Page 1 of 1

2 of 6



**Texas De**
**Division of V**

7551 Metro Center Drive, Suite 100 • Austin, Texas 78744-1045
512-804-4000 • 512-804-4001 fax • www.tdi.state.tx.us

TAMPERING WITH THIS LABEL
NULLIFIES THE CERTIFICATION

STATE OF TEXAS                              §
                                           §
COUNTY OF TRAVIS                           §

## CERTIFICATION OF SPECIFIED INSTRUMENTS

The Commissioner of the Division of Workers' Compensation, as the chief administrative and executive officer and custodian of records of the Division of Workers' Compensation has delegated to the undersigned the authority to certify the authenticity of documents filed with or maintained by or within the custodial authority of the Division of Workers' Compensation (DWC) of the Texas Department of Insurance.

Therefore, I, Tiffany Duarte, Chief Clerk of Proceedings for Hearings hereby certify that the attached documents are true and correct copies of the documents described below. I further certified that the documents described below are filed with or maintained by or within the custodial authority of the Division of Workers' Compensation of the Texas Department of Insurance.

> Record File on docket number 00-166571-05: Reynaldo Morales
> v. Travelers Indemnity Company Of Connecticut

I FURTHER CERTIFY that these records are kept by the DWC in the regular course of business and it was in the regular course of business of the DWC for an employee or representative of the DWC to make the records or to transmit the information thereof to be included in such records; and the records were made at or near the time or reasonably soon thereafter.

IN TESTIMONY WHEREOF, witness my hand and seal of office in Austin, Texas on June 25, 2010.



Rod Bordelon
Commissioner of the Division of Workers' Compensation

**Tiffany Duarte**
Chief Clerk of Proceedings

Do not remove any of the attached records or detach this certification page. These actions nullify the certification.

RETURN RECEIPT
REQUESTED

Reynaldo Morales
P.O. Box 6163
Branson Mo.
65615

**CERTIFIED MAIL**

7008 3230 0001 4600 9395

UNITED STATES
POSTAL SERVICE

0000

78744

U.S. POSTAGE
PAID
BRANSON, MO
65616
DEC.29.08
AMOUNT

**$6.92**

00040399-14

RETURN RECEIPT
REQUESTED

CHIEF CLERK PROCEEDINGS
Texas Department Of Insurance
Division of Workers' Compensation
P.O.Box 17787
Austin, Texas

78 744-7787

RETURN RECEIPT
REQUESTED

TDI/DWC
RECEIVED
JAN 26 2009
CHIEF CLERK OF PROCEEDINGS

RECEIVED
AUSTIN CENTRAL-DWC
JAN 26 2009
TEXAS DEPARTMENT OF INSURANCE
DIVISION OF WORKERS COMPENSATION

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

CLAIMANT  **Reginaldo Morales** _____

§
§
§   DOCKET NO. _____
§
CARRIER  _____   §
§

# CLAIMANT'S REQUEST FOR REVIEW

## TO THE HONORABLE MEMBERS OF THE APPEALS PANEL:

### I.

My name is **Reginaldo Morales**. I am the Claimant in this matter. I am filing this Request for Review because I disagree with certain Findings of Fact, Conclusions of Law and other specific matters regarding the Decision and Order issued by the Hearing Officer in this matter. I am listing each disagreement separately below.

### II.

I disagree with Finding of Fact Number **1** because
On March 17, 2000, I suffered an accident to the upper extremities, and apparently my injury got worse to the point that my neck muscles and ligaments were damaged.

At the beginning, the problem started in the upper thoracic area. I was exposed for 5 months working very hard for the company lifting and carrying very heavy materials. I did this kind of work for long periods of time. For example, I worked a lot of over time for several weeks or months. The problem then moved to the cervical area and lastly, it moved to my head. This happened for months.

The doctors told me that the problem was very clear. It is reasonable to believe that the injuries to the thoracic area and to the cervical area are directly related, only with a difference in time that at the end, reached my head (intracranial bleeding or closed head injury).

I disagree with Finding of Fact Number **3** because
A co-worker by the name of Tony asked me through my supervisor if I could stay working over time to finish working on the inventory because they were behind on this project. I was helping my co-worker carrying a very heavy material, when the material slipped off his hands and it fell on my left shoulder. From that moment on, I started feeling sick. Dr. Simmons said that this is a natural worsening and he also explained the mechanism of the accident.

### III.

I disagree with Conclusion of Law Number **3** because
It is reasonable to believe that for months I was exposed, working very hard, doing inventories, lifting, carrying and pushing very heavy objects that only the forklift could lift. The lumbar area was injured as a result of all the materials I carried during these months (from 03-17-00 to 08-10-00).

JMB-01 (Revised 03/07)

5 of 6

_Reynaldo Morales_
**Claimant Signature**

**Print Claimant's Current Contact Information below:**

Name: REYNALDO MORALES

Address: P.O. BOX 6163

BRANSON MO 65615

Phone #: (417) 593-3078

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the _____ day of _____, 200____, served a copy of the foregoing Claimant's Request for Review (appeal) to the required parties listed below in the manner checked.

**DWC:**

**Chief Clerk of Proceedings**
**Texas Department of Insurance**
**Division of Workers' Compensation**
P.O. Box 17787
Austin, Texas 78744-7787

↓

☑ Certified Mail/ Return-Receipt
☐ Hand delivery
☐ Courier (Fed Ex, UPS, etc.)
☐ Fax at (___)

_Reynaldo Morales_
**Claimant Signature**

**Carrier or Certified Self Insured:**
(or legal representative at CCH)
KLOSTERBOER &
ASSOCIATES
4650 WESTWAY PARK BLVD
SUITE #150
HOUSTON, TEXAS 77041

↓

☑ Certified Mail/ Return-Receipt
☐ Hand delivery
☐ Courier (Fed Ex, UPS, etc.)
☐ Fax at (___)

**Other Party (if any):**

_____
_____
_____
_____

↓

☐ Certified Mail/ Return-Rcpt
☐ Hand delivery
☐ Courier (Fed Ex, UPS, etc.)
☐ Fax at (___)

[Make sure to check the appropriate boxes above]

11 (Revised 03/07)

By Certified Mail # 7014-0150-0002-2107-3094
David Klosterboer and Associates.
ATT; Barbara A. Quigg
9601 McAllister Freeway, Suite 910
San Antonio Texas, 78216.

It was sent to:

By Certified Mail Return Receipt, No. 7014-0150-0002-2107 3117

- Kara Idilio (Supervisor)
Travelers Indenmity Co. of Connecticut
1301 E. Collins Blvd,
Richardson Texas, 75081

By Us Regular Mail.

- Tiffany Duarte
Chief of Clerks
Division of Worker's Compensation Commission
7551 Metro Center Dr. Suite 100
Austin Tx, 78744

- Court of Appeals
Chris Daniel, District Courts
201 Caroline st. Fl, 2ᵈ Suite 250
Houston Texas, 77002.

VIA BY U.P.S <u>1-Z-O5W-77F-139840-8856</u>

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
DEC 29 2014
CHRISTOPHER A. PRINE
CLERK_____

Court of Appeals

First District

301 Fannin Street

Houston, Texas  77002

    RE: Court of Appeals Number: 01-14-00429-CV

    Trial Court Case Number: 2013-54065

    Style: Reynaldo Morales vs HD Architectural Products   and Travelers Indemnity Co.  of Connecticut.

       Dear Clerk

Enclosed you find, a request for Re-hearing of Motion to Reinstate of Case for New Trial, Certificate of Conference for New Trial, Affidavit of Motion to Reinstate of Case for New Trial and a money order fee for the cost of the Motion.

Thank You, for handling this matter for us.

                         VERY  TRULY  YOURS

                         REYNALDO  MORALES

Apply shipping doc

Do not use this enve

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Exp**

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

· The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

· To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or les. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic me containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Part # 156297-435 RIT2 09/14



0.3 LBS    LTR    1 OF 1

MAILBOX PLUS
417-336-4405
MAILBOX PLUS
3000 GREEN MOUNTAIN DR , #107
BRANSON MO 65616

SHIP TO:
COURT OF APPEALS, First District
417-336-4405
301 FANNIN ST
HOUSTON   TX 77002

First District

TX 775 9-02

UPS NEXT DAY AIR SAVER 1P

TRACKING #: 1Z 05W 77F 13 9840 8856

BILLING: P/P

Reference No.1: 0159671

XOL 14.09.11

NV45 57.0A 10/2014



COURT OF APPEALS
301 FANNIN ST

HOUSTON TX 77002—2031

P:BLUE   S:MBLUE   I:126
74A - 1994          1500
1Z06W77F189840 8856
BHNSMKC
US    7262   TXMYK278   HIP 14.3.1
DEC 29 05132122 2014
ZEBRAZM400

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101   1/10  PAC United/P